**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

**WILLIAM D. LATHAM**                                                           **PLAINTIFF**

**V.**                                                     **CIVIL NO. 5:23-cv-102-DCB-ASH**

**E.A. HINTON WELL SERVICING, INC.,
WILLIAMS WELL SERVICE, INC.,
JOHN DOE ENTITIES 1-10, AND JOHN DOES 1-10**             **DEFENDANTS**

**AGREED FINAL JUDGMENT
OF DISMISSAL, WITH PREJUDICE**

**THERE CAME ON THIS DAY,** the motion *ore tenus* of the Plaintiff and the Defendants for the entry of a final judgment of dismissal, with prejudice, and the Court being advised that all claims herein have been resolved, and being further advised of the premises, finds the motion well taken and should be granted.

**IT IS, THEREFORE, ORDERED** that the above styled and numbered cause be, and it is hereby, dismissed, with prejudice, with each party to bear their own costs.

**SO ORDERED**, this the 23rd day of May, 2025.

                                                        s/David Bramlette
                                                  UNITED STATES DISTRICT JUDGE

APPROVED AND AGREED:

*/s/ David C. Dunbar*
DAVID C. DUNBAR, ESQ. (MSB# 6227)
*Attorney for Plaintiff*

*/s/ John W. Chapman*
LOUIS G. BAINE, III, ESQ. (MSB# 1705)
JOHN W. CHAPMAN, ESQ. (MSB# 5961)
*Attorney for Defendants*